# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>     ) <br>          **Plaintiff,**     ) <br>     ) <br>     **vs.**          ) <br>     ) <br> **CHAD A. POWERS,**     ) <br>     ) <br>          **Defendant.**     ) | **8:09CR361**<br><br>**ORDER** |

THIS MATTER is before the Court on Defendant's oral motion for reimbursement for noncustodial transportation and authorized per diem to Defendant. Defendant is indigent and is in need of reimbursement for noncustodial transportation and authorized per diem, and the Court finds said motion should be granted.

**ACCORDINGLY, IT IS ORDERED:**

1.   The Defendant's motion is granted, and;

2.   That the U.S. Marshal shall provide reimbursement in the amount of the cost of a round trip bus ticket for Defendant from Phoenix, Arizona to Omaha, Nebraska, and an amount of money for subsistence and lodging, not to exceed the authorized per diem.

DATED this 29th day of January, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge