IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 8:09CR361 |
| ) | |
| Plaintiff,    ) | ORDER |
| ) | TO WITHDRAW EXHIBITS |
| vs.    ) | OR TO SHOW CAUSE WHY |
| ) | EXHIBITS SHOULD NOT BE |
| CHAD A. POWERS,    ) | DESTROYED |
| ) | |
| Defendant.    ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant's Exhibits Nos. 101 and 102  - Motion Hearing  - January 28, 2010

If counsel  fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 11th day of August, 2010.

s/ Lyle E. Strom
United States District Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07